UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 4:25-cv-01443

———

**Attiyyeh Farhadinia,**
*Plaintiff,*

v.

**U.S. Department of State et al.,**
*Defendants.*

———

**ORDER**

Plaintiff filed this action seeking to compel action on her father's I-130 visa petition. Doc. 3. Defendant moved to dismiss the complaint. Doc. 13. The case was referred to a magistrate judge, who issued a report recommending that defendants' motion to dismiss be granted and that the complaint be dismissed without prejudice for lack of subject-matter jurisdiction. Doc. 16. Plaintiff filed written objections. Doc. 18.

The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). "Parties filing objections must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. Unit B 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc). Furthermore, a party's entitlement to de novo review does not entitle it to raise arguments that were not presented to the magistrate judge without a compelling reason. *See Cupit v. Whitley*, 28 F.3d 532, 535 & n.5 (5th Cir. 1994).

Plaintiff's objections do not address or dispute the finding in the report that her lawsuit is now moot following a January 29, 2026 decision on her father's visa application. Instead, for the first time, plaintiff challenges the basis for the denial of the visa. Doc. 18 at 1–2. These arguments were not raised in response to

the motion to dismiss, and a plaintiff is not entitled to raise new arguments in the written objections.

Having reviewed the report and being satisfied that there is no error, the court overrules plaintiff's objections and accepts the report's findings and recommendation. The court grants defendants' motion to dismiss (Doc. 13) and dismisses the action without prejudice for lack of subject-matter jurisdiction. Any pending motions are denied as moot.

*So ordered by the court on June 9, 2026.*

J. CAMPBELL BARKER
United States District Judge